# Exhibit "B"

**ALLAN B. MENDELSOHN, ESQ., AS CHAPTER 7 TRUSTEE OF THE JOINTLY ADMINISTERED ESTATES OF HERMAN JACOBS, VICTOR JACOBS AND JACOB JACOBS UNDER CHAPTER 7 OF TITLE 11 OF THE UNITED STATES CODE,**

GRANTOR,

TO

**CONGREGATION KHAL CHASIDEI BELZ,**

GRANTEE

---

**TRUSTEE'S DEED**

---

Property: 240 Keap Street, Brooklyn, New York

Record and Return by Mail to:

## TRUSTEE'S DEED

THIS INDENTURE, made the __h day of June 2011, between Allan B. Mendelsohn, Esq., as Chapter 7 Trustee of the jointly administered estates of Herman Jacobs, Victor Jacobs and Jacob Jacobs (case no. 03-84455-ESS), which is pending in the United States Bankruptcy Court for the Eastern District of New York under Chapter 7 of Title 11 of the United States Code (the "United States Bankruptcy Code"), having an address at c/o LaMonica Herbst & Maniscalco, LLP, 3305 Jerusalem Avenue, Suite 201, Wantagh, New York 11793, (the "Grantor"), and Congregation Khal Chasidei Belz (the "Grantee), having an address c/o Leo Fox, Esq.,630 Third Ave, 18th Floor, New York, New York 10017.

WITNESSETH:

That Grantor, in consideration of TEN DOLLARS ($10.00) paid by Grantee and other valuable consideration, does hereby grant and release unto Grantee, the heirs or successors and assigns of the Grantee forever, all of right, title and interest held by the Grantor, inclusive of any interest held by Herman Jacobs as nominee as of the date of his involuntary bankruptcy filing, in and to the whole of that certain plot, piece or parcel of land , with the building and improvements thereon erected, situate, lying, and being in the Borough of Brooklyn, County of Kings, City and State of New York; bounded and described as follows:

> BEGINNING at a point on the southerly side of Keap Street distant 21 feet 3 inches easterly from the corner formed by the intersection of the southerly side of Keap Street and the easterly side of Marcy Avenue;
>
> RUNNING THENCE southerly parallel with Marcy Avenue and part of the distance through a party wall 80 feet;
>
> THENCE easterly parallel with Keap Street 21 feet 3 inches:
>
> THENCE northerly parallel with Marcy Avenue and part of the distance through a party wall 80 feet to the southerly side of Keap Street;
>
> THENCE WESTERLY along the southerly side of Keap street 21 feet 3 inches to the point or place of BEGINNING.
>
> SAID premises also known as 240 Keap Street, Brooklyn, New York.

Said premises is being conveyed by virtue of the powers vested in the Grantor as Trustee of the jointly administered estates of Herman Jacobs, Victor Jacobs and Jacob Jacobs by Title 11 of the United States Code. The premises is being conveyed subject to all liens, claims and encumbrances of whatever kind or nature, and security interests of whatever kind or nature, with

such liens, claims or encumbrances, and security interests, if any, in the amount and priority as they presently exist.

The words "Grantor" and "Grantee" shall be construed as if they read "Grantors" and "Grantees" whenever the sense of this indenture so requires.

IN WITNESS WHEREOF, the Grantor has duly executed this deed the day and year first above written.

________________________________________

Allan B. Mendelsohn, Esq., solely in his capacity
as Chapter 7 Trustee of the jointly administered estates
of Herman Jacobs, Victor Jacobs and Jacob Jacobs

STATE OF NEW YORK )
) ss.:
COUNTY OF )

On the ___th day of June in the year 2011, before me, the undersigned, a notary public in and for said State, personally appeared Allan B. Mendelsohn, Esq., as Chapter 7 Trustee, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person on behalf of which the individual(s) acted, executed the instrument.

________________________________________

Notary Public

M:\Documents\Company\Cases\Jacobs, Herman\Adv Pro 240 Keap Street\Trustee's Deed re 240 Keap Street.wpd