# Exhibit “C”

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re:

HERMAN JACOBS, VICTOR JACOBS and JACOB JACOBS,

Debtors.

Chapter 7
Case No. 03-84455 (ESS)

-----------------------------------------------------------------x

ALLAN B. MENDELSOHN, ESQ., as Trustee of the estate of Herman Jacobs, Victor Jacobs and Jacobs Jacobs,

Plaintiff,

-against-

SHIFRA GOLDSTEIN a/k/a SHIYA GOLDSTEIN, AS TRUSTEE OF THE 240 KEAP STREET REALTY TRUST AND THE 240 KEAP STREET REALTY TRUST and CONGREGATION KHAL CHASIDEI BELZ,

Defendants.

Adv. Pro. No. 05-08954 (ESS)

-----------------------------------------------------------------x

**ORDER GRANTING THE PLAINTIFF'S MOTION FOR THE ENTRY OF AN ORDER, PURSUANT TO RULE 9019(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, APPROVING THE STIPULATION OF SETTLEMENT BY AND BETWEEN THE PLAINTIFF AND CONGREGATION KHAL CHASIDEI BELZ**

Upon the motion (the "Motion") Allan B. Mendelsohn, Esq., the Chapter 7 Trustee (the "Trustee" or "Plaintiff") of the bankruptcy estate of Herman Jacobs, Victor Jacobs and Jacobs Jacobs (the "Debtors"), by his counsel, LaMonica Herbst & Maniscalco, LLP, seeking the entry of an order, pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), approving the stipulation of settlement (the "Stipulation") by and between the Plaintiff and Congregation Khal Chasidei Belz ("Belz"); and there being no opposition to the relief sought in the Motion; and the Court having found that the relief sought by the Plaintiff in

the Motion is warranted and satisfies the standards under Bankruptcy Rule 9019; and no additional notice being necessary or required, it is hereby

**ORDERED**, that the Motion is granted; and, it is further

**ORDERED**, that the Stipulation, a copy of which is annexed as Exhibit "A" to the Motion, is hereby authorized and approved in all respects, and the Plaintiff is authorized and allowed to proceed with the settlement of the matter pursuant to the terms of the Stipulation; and, it is further

**ORDERED**, that upon the entry of this Order approving the Stipulation, the Plaintiff is authorized to execute and deliver to Belz the Trustee's Deed (as defined in the Motion) in the form annexed as Exhibit "B" to the Motion; and, it is further

**ORDERED**, that upon the entry of this Order approving the Stipulation and the payment of the Settlement Sum (as defined in the Motion), the Plaintiff shall file a Stipulation of Discontinuance in the instant adversary proceeding with respect to all named defendants; and, it is further

**ORDERED**, that the Plaintiff be, and hereby is, authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order.