UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re:

HERMAN JACOBS, VICTOR JACOBS
and JACOB JACOBS,

Debtors.

Chapter 7
Case Nos. 03-84455 (ESS)
(Jointly Administered)

-----------------------------------------------------------------x

ALLAN B. MENDELSOHN as
Chapter 7 Trustee of HERMAN JACOBS,
VICTOR JACOBS, and JACOB JACOBS,

Plaintiff,

-against-

SHIFRA GOLDSTEIN a/k/a SHIYA GOLDSTEIN, AS
TRUSTEE OF THE 240 KEAP STREET REALTY
TRUST AND THE 240 KEAP STREET REALTY TRUST,
and CONGREGATION KHAL CHASIDEI BELZ,

Defendants.

Adv. Pro. No. 05-08954-ESS

**AFFIDAVIT OF SERVICE**

-----------------------------------------------------------------x

STATE OF NEW YORK )
)ss:
COUNTY OF NASSAU )

ROSA R. LELLA, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Melville, New York.

On May 24, 2011, deponent served the **Notice of Presentment Pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure Seeking the Entry of an Order Approving the Stipulation of Settlement by and Between the Plaintiff and Congregation Khal Chasidei Belz** and **Plaintiff's Motion for the Entry of an Order Pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure Seeking the Entry of an Order Approving the Stipulation of Settlement by and Between the Plaintiff and Congregation Khal Chasidei Belz with Exhibits** by First Class Mail upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of United States Postal Service within the State of New York.

**To:** *****See annexed Service List*****

*s/Rosa R. Lella*
ROSA R. LELLA

Sworn to before me this
24th day of May 2011
*s/Melanie A. FitzGerald*
Melanie A. FitzGerald
Notary Public, State of New York
No. 02FI4841188
Qualified in Nassau County
Commission Expires December 31, 2013

*M:\Documents\Company\Cases\Jacobs, Herman\Adv Pro 240 Keap Street\9019\AOS - 9019-Belz.wpd*

**SERVICE LIST**

Office of the U.S. Trustee
Eastern District/Brooklyn Division
271 Cadman Plaza East
Brooklyn, New York 11201

Allan B. Mendelsohn, LLP
38 New Street
Huntington, New York 11743

Meyer, Suozzi, English & Klein PC
990 Stewart Avenue, Suite 300
Garden City, NY 11530
Attn: Alan Marder, Esq.
Jill Mazer-Marino, Esq.

Avrom R. Vann, P.C
420 Lexington Avenue, Suite 2400
New York, New York 10170
Attn: Avrom R. Vann

Rosen Slome Marder LLP
333 Earle Ovington Boulevard, 9th Floor
Uniondale, NY 11553-3610
Attn: Adam L. Rosen, Esq.

Zeidman Lackowitz Prisand & Co LLP
Two Roosevelt Avenue
Syosset, NY 11791-3064

Leo Fox, Esq.
630 Third Avenue, 18th Floor
New York, NY 10017
*Atty for Congregation Khal Chasidei Belz*

**Notices of Appearance**

Otterbourg Steindler Houston & Rosen PC
230 Park Avenue
New York, NY 10169-0075
Attn: Richard Haddad. Esq
*Attys for Congress Financial*

Silverman Acampora, LLP
100 Jericho Quadrangle, Ste 300
Jericho, New York 11753
R. J. Freidman/Kenneth P. Silverman,Esq.

Ropes & Gray, LLP
45 Rockefeller Plaza
New York, NY 10111-0087
Attn: David S. Elkind, Esq.
*Attys for RFE Investment*

Backenroth Frankel & Krinsky, LLP
489 Fifth Avenue
New York, NY 10017
Attn: Abe Backenroth, Esq.
*Attys for Eva Jacobowitz*

Levi Lubarsky & Feigenbaum, LLP
1185 Avenue of the Americas - Floor 17
New York, NY 10036-2603
Attn: Howard B. Levi, Esq.
*Attys for Fleet National Bank*

McCalla Raymer, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076
*Attys for Cenlar, FSB/Olympia Mtg Co.*

American Express Travel Related Svcs
c/o Beckett & Lee, LLP
Attn: T. A. Lee III
P.O. Box 3001
Malvern, PA 19355-0701

Zinker & Herzberg, LLP
278 E. Main Street, Suite C
Smithtown, NY 11787-0066
Attn: Jeff Herzberg, Esq.
*Attys for Greenpoint Mortgage*

Andrew M. Cuomo, Atty Gen of NY
ATTN: Neal S. Mann, Esq.
120 Broadway, 24th Floor
New York, NY 10271
*Attys for NYS Dept. of Tax & Finance*

Isaac Nutovic, Esq.
488 Madison Avenue, 16th Floor
New York, NY 10022
*Atty for Eurofactors*

**Known Creditors**

116 Rutledge Corp.
116 Rutledge Street
Brooklyn, NY 11211

171 Park Lane Corp.
P.O. Box 743
Monroe, NY 10950

171 Park Lane Corp.
171 Park Lane
Monsey, NY 10952

2-Tel Communications
601 S. Harbour Isl. Blvd
Suite 220
Tampa, FL 33602

930 Flushing LLC
4706 18th Avenue
Brooklyn, NY 11204

Abi Trauber
63 Heyward Street
Brooklyn, NY 11211

Adalbert Lefkovits
1219 57th Street
Brooklyn, NY 11219

Agriprocessors, Inc.
P.O. Box 920
Pottsville, IA

Allou Distributors Inc.
c/o Silverman Acampora, LLP
100 Jericho Quad, Ste 300
Jericho, NY 11753

Ari Jacobs
c/o Backenroth, Frankel & Krinsky, LLP
489 Fifth Avenue
New York, NY 10017

Artistic Wood Carving, Inc.
c/o Clair & Gjertsen Esqs
720 White Plains Road
Scarsdale, NY 10583

Aryeh Gutman
63 Heyward Street
Brooklyn, NY 11219

AT&T
National Subpoena Compliance Center
P.O. Box 24679
West Palm Beach, FL 33416-4679

AT&T Wireless
One AT&T Way
Bedminster, NJ 07921

Bela Grunwald
1168 44th Street
Brooklyn, NY 11219

Bela Grunwald
63 Heyward Street
Brooklyn, NY 11204

Chaim Berkowitz
139 Rodney Street
Brooklyn, NY

Chanie Jacobs
171 Hooper Street
Brooklyn, NY 11211

Chanie Jacobs
c/o Backenroth, Frankel & Krinsky, LLP
489 Fifth Avenue
New York, NY 10017

Charles J. Piven, Esq.
The World Trade Center, Baltimore
401 E. Bratt St, Ste 2525
Baltimore, MD 21202

Congregation Yaldi Rasbie
461 Bedford Avenue
Brooklyn, NY 11211

Congress Financial Corporation 1
1133 Ave. of the Americas
New York, NY 10036

Consolidated Edison Company
Cooper Station
P.O. Box 138
New York, NY 10276-0138

CSSI
1467 51st Street
Brooklyn, NY 11219

Cullen Dykman Bleakley Platt LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530

David R. Maltz Auctioneer
David R. Maltz & Co., Inc.
155 Terminal Drive
Plainview, NY 11803

Design By Glory, Ltd.
2 West 46th Street, Rm 602
New York, NY 10036

Dixie EMS Supply USA LLC
c/o Backenroth, Frankel & Krinsky, LLP
489 Fifth Avenue
New York, NY 10017

DJ Industrial Equipment Corp. 3
345 Hewes Street
Brooklyn, NY 11211

Domingo A. Dominquez
1004 Flushing Avenue
Brooklyn, NY 12237-1807

E.T. Trading Corp.
88 35th Street
Brooklyn, NY 11232

Econ Energy
P.O. Box 1020
Spring Valley, NY 10977

Eli Katz
5117 20th Ave
Brooklyn, NY 11204

Euro Factors c/o A. Scott Mandelup, Esq.
Pryor & Mandelup, LLP
675 Old Country Road
Westbury, NY 11590

Eva Jacobowitz a/k/a Eva Silberstein
176 Penn Street
Brooklyn, New York 11211

Eva Silberstein
c/o Backenroth, Frankel & Krinsky, LLP
489 Fifth Avenue
New York, NY 10017

Ever Ready First Aid Medical Supply Co.
c/o Backenroth, Frankel & Krinsky, LLP
489 Fifth Avenue
New York, NY 10017

Executor/Executrix,
Administrator/Administratix of the Estate
of Victor Jacobowitz
176 Penn Street
Brooklyn, New York 11211

EZ Pass
One Edgewater Plaza
Staten Island, NY 10301

F&B Distributing Co.
5 Dakota Drive
Lake Success, NY 11042

Farmington Manor, Inc.
c/o Morgan Lewis - Attn: Akiba Stern
101 Park Ave, 40th Floor
New York, NY 10178

Favorite Trading Corp.
1484 46th Street, Suite 202
Brooklyn, NY 11219

Fleet National Bank
c/o Levi Lubarsky & Feigenbaum LLP
1185 Avenue of the Americas - Floor 17
New York, NY 10036-2603

Forest Hills LLC
314 McDonald Avenue
Brooklyn, NY 11218

Forest Lots LLC
4706 18th Avenue
Brooklyn, NY 11204

Fred Taylor Isquith, Esq.
Wolf Haldenstein Adler Freeman & Herz
270 Madison Avenue
New York, NY 10016

G&L Wholesale/Giant Marketing
774 39th Street
Brooklyn, NY 11232

GFI Mortgage Bankers, Inc.
50 Broadway, 5th Floor
New York, New York 10004

Daniel J. Lieberman, Esq.
Law Office of Allen I. Gross
50 Broadway, 4th Floor
New York, New York 10004

GMAC Mortgage Corp.
3451 Hammond Avenue
Waterloo, IA 50704-0780

Greenpoint Mortgage
2300 Brookstone Centre Parkway
Columbus, GA 31904

GMAC Mortgage Corp.
100 Witner Road
Horsham, PA 19044

Greenpoint Mortgage Funding, Inc.
100 Wood Hollow Drive
Novato, CA 94945

Halevi Gruber
Yehuda Yerachmiel
85 Division Avenue
Brooklyn, NY 11211

H.I.L. Associates, Ltd., Hills Merch
1484 46th Street
Brooklyn, NY 11219

Herman Jacobs
116 Rutledge Street
Brooklyn, NY 11211

Herman Jacobowitz
Inmate No. 70273-053
FCI Fort Dix
PO Box 38, Hartford Road
Fort Dix, NJ 08649

Hershal Weber
c/o Congregation Yaldi Rashbie
461 Bedford Avenue
Brooklyn, NY 11211

Independence Community Bank
Corporate Headquarters
195 Montague Street
Brooklyn, NY 11201

Infinite Solutions Group
800 Snediker Avenue
Brooklyn, NY 11207

International Consumer
7301 W. Palmetto Prk Rd.S
Boca Raton, FL 33433

Jacob Frielich
116 Rutledge Street
Brooklyn, NY 11211

Jacob Jacobs
171 Hooper Street
Brooklyn, NY 11211

Jacob Jacobowitz
Inmate No. 70269-053
FCI Otisville
Two Mile Drive
Otisville, NY 10963

Jenkins & Gilchrist Parker Chapin
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-8701
Attn: John Joseph Leonard, Esq.

Jon Quint, Esq.
Mound Cotton Wollan & Greengrass
One Battery Park Plaza
New York, NY 10004

Joseph Grunwald
1168 44th Street
Brooklyn, NY 11219

Joseph Jacobowitz
1168 44th Street
Brooklyn, NY 11219

Joseph Grunwald
1855 50th Street
Brooklyn, NY 11204

K-R Residence Corp.
580 Wythe Avenue
Unit 7D
Brooklyn, NY 11211

K-R Residence Corp.
1168 44th Street
Brooklyn, NY 11219

K-R Residence Corp.
576 Wythe Avenue
Unit 5A
Brooklyn, NY 11211

K-R Residence Corp.
570 Wythe Avenue
Units 6A, 7A & 7B
Brooklyn, NY 11211

Keyspan
PO Box 9039
Hicksville, NY 11802-9039

Klari Neuwelt, Esq.
110 East 59th Street, 29th Floor
New York, NY 10022

L&M Impex, Inc.
Brooklyn Navy Yard, Bldg. 77
Brooklyn, NY 11205

Marc A. Pergament, Esq.
Weinberg, Gross & Pergament, LLP
400 Garden City Plaza, Suite 403
Garden City, NY 11530

Martin Freedman
2600 Nostrand Avenue
Brooklyn, NY 11210-4601

Mayer Rispler & Co.
18 Heyward Street
Brooklyn, NY 11211

Mayer Rispler & Co.
c/o Steinberger Cavaliere
Attn: Jay Zelermeyer
50 Main Street
White Plains, NY 10606

Morgren Corp.
1484 46th Street
Brooklyn, NY 11219

NYC Dept. of Environmental Protection
59-17 Junction Blvd. 10th Floor
Elmhurst, NY 11373

Olbex International
Trading Corp., Ltd.
17 Gloucester Gardens
London, UK

Olympia Mortgage Corporation
c/o McCalla Raymer, Et al.
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

Olympia Mortgage
c/o Schiller & Knapp
950 New London Rd
Latham, NY 12110
Attn: William B. Schiller

Olympia Mortgage
PO Box 4586
New York, NY 10163-4586

Osceola County
P.O. Box 2105
Kissimee, FL 32742-2105

Phillips Nizer, LLP
666 Fifth Avenue
New York, NY 10103
Attn: Helen Davis Chaitman, Esq.

Philips Nizer LLP
600 Old Country Road, Suite 241
Garden City, NY 11530

RFE Investment Partners VI, L.P.
Attn: Michael J. Foster
36 Grove Street
New Canaan, CT 06840

Robert Butler
c/o Abbey Gardy, LLP
212 East 39th Street
New York, NY 10016

RW 930 Flushing LLC
4706 18th Avenue
Brooklyn, NY 11204

Sara Freilich
116 Rutledge Street
Brooklyn, NY 11211

Sara Jacobs
116 Rutledge Street
Brooklyn, NY 11211

Sara Jacobs
c/o Backenroth, Frankel & Krinsky, LLP
489 Fifth Avenue
New York, NY 10017

Sara Mertz
c/o Chanie Mertz
48 Satmar Drive
Monroe, NY 10950

Sheindel Jacobowitz
1168 44th Street
Brooklyn, NY 11219

Solomon Pearl Blum
Heymann & Stich, LLP
40 Wall Street
New York, NY 10005
Attn: Joel M. Shafferman, Esq.

Sterling Properties
274 Marcy Avenue
Brooklyn, NY 11211

Studio 12, Inc.
217 Rutledge Street
Brooklyn, NY 11211

Sylvia Domb
176 Penn Street
Brooklyn, NY 11211

Sylvia Domb
c/o Backenroth, Frankel & Krinsky, LLP
489 Fifth Avenue
New York, NY 10017

T Mobile
12920 SE 38th Street
Bellevue, W
A 98006

T Mobile
Law Enforcement Relations Group
4 Sylvan Way
Parsippany, NJ 07054

Tereza Merchandising
1484 46th Street
Brooklyn, NY 11219

Union Brothers, LLC
c/o Backenroth, Frankel & Krinsky, LLP
489 Fifth Avenue
New York, NY 10017

Unit 206 Corp.
15 Getzel Berger Blvd.
Unit 206
Monroe, NY 10950

Verizon
Office of Integrity & Compliance
51 Chubb Way
Branchburg, NJ 08876

Verizon Wireless
2000 Corporate Drive
Orangeburg, NY 10962

Verizon
c/o Bankruptcy Group
3900 Washington Street, Floor 1
Wilmington, DE 19802

Walben Co.
58 Powell Court
North Babylon, NY 11703

**Taxing Authorities**

United States Attorney's Office
Eastern District of New York
Attn: Long Island Bankruptcy Processing
610 Federal Plaza, 5th Floor
Central Islip, NY 11722-4454

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Securities and Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022

U.S. Environmental Protection Agency
Office of the Regional Counsel
Region 2 - New York/Caribbean Superfund Branch
Attn: Douglas Fischer, Esq.
290 Broadway, 17th Floor
New York, NY 10007-1866

U.S. Department of Education
Bankruptcy Litigation Support
50 Beale Street, Suite 8629
San Francisco, CA 94105

U.S. Dept. of Health & Human Services
Office of the General Counsel
26 Federal Plaza, Room 3908
New York, NY 10278

U. S. Department of Housing & Urban Development
Office of Regional Counsel for NY/NJ
26 Federal Plaza, Room 3500
New York, NY 10278

NYS Dept. of Taxation & Finance
Bankruptcy Unit -TCD
Building 8, Room 455
W.A. Harriman State Campus
Albany, NY 12227

NYS Department of Taxation & Finance
Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205-5300

NYC Department of Finance
345 Adams Street, 3rd Floor
Attn: Legal Affairs Division
Brooklyn, NY 11201-3719

NYC Department of Finance
Office of Legal Affairs (Parking Violations)
345 Adams Street, 3rd Floor
Brooklyn, NY 11201
NYS Office of the State Controller

Office of Unclaimed Funds
110 State Street
Albany, NY 12236