UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
In re:

HERMAN JACOBS, VICTOR JACOBS and JACOB JACOBS, — Chapter 7, Case No. 03-84455 (ESS)

Debtors.
----------------------------------------------------------------------x
ALLAN B. MENDELSOHN, ESQ., as Trustee of the estate of Herman Jacobs, Victor Jacobs and Jacobs Jacobs, — Adv. Pro. No. 05-08954 (ESS)

Plaintiff,

-against-

SHIFRA GOLDSTEIN a/k/a SHIYA GOLDSTEIN, AS TRUSTEE OF THE 240 KEAP STREET REALTY TRUST, AND THE 240 KEAP STREET REALTY TRUST, and CONGREGATION KHAL CHASIDEI BELZ,

Defendants.
----------------------------------------------------------------------x

**ORDER DISCONTINUING ADVERSARY PROCEEDING**

The Court having entered an order to show cause, dated March 30, 2013, upon the application of (the "Application") of Allan B. Mendelsohn, Esq., the Chapter 7 Trustee (the "Trustee") of the jointly administered estates of Herman Jacobs, Victor Jacobs and Jacob Jacobs and the plaintiff herein, dated March 28, 2013, seeking the issuance of an order directing the Defendants herein to show cause why an order should not be entered under Rule 7041 of the Federal Rules of Bankruptcy Procedure and Rule 41(a)(2) of the Federal Rules of Civil Procedure discontinuing the instant adversary proceeding; and upon the proof of service of the order to show cause and Application upon the Defendants; and the Defendant Congregation Khal Chasidei Belz having filed a letter indicating its consent to the discontinuance of this adversary proceeding on April 25, 2013; and there being no opposition to the relief sought in the

Application; and a hearing having been held on April 25, 2013, the transcript of which is incorporated by reference; and after due deliberation and sufficient cause appearing, therefore, it is hereby

**ORDERED**, that under Rule 7041 of the Federal Rules of Bankruptcy Procedure and Rule 41(a)(2) of the Federal Rules of Civil Procedure this adversary proceeding is discontinued.

**Dated: Brooklyn, New York**
**April 30, 2013**

**Elizabeth S. Stong**
**United States Bankruptcy Judge**